UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

BENJAMIN JOHN JAGER II,

       Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

### COUNT 1
(Felon in Possession of Firearms)

Between on or about May 29, 2020 and continuing to June or July 2020, the exact dates being unknown to the grand jury, in Muskegon County, in the Southern Division of the Western District of Michigan, the defendant,

BENJAMIN JOHN JAGER II,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed one or both of the following firearms: a .40 caliber Smith & Wesson pistol with the serial number FCH0987; and a .40 caliber Smith & Wesson pistol with the serial number FXX9953, and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

## COUNT 2
(Felon in Possession of Ammunition)

On or about June 14, 2020, in Muskegon County, in the Southern Division of the Western District of Michigan, the defendant,

BENJAMIN JOHN JAGER II,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed twelve (12) rounds of Federal Cartridge Co. (Federal 40 S&W) ammunition, and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

## FORFEITURE ALLEGATION

The allegations contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). Upon conviction of the offense in Count 2 for violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment,

BENJAMIN JOHN JAGER II

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any ammunition involved in or used in the offense, including, but not limited to, twelve (12) rounds of Federal Cartridge Co. (Federal 40 S&W) ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
LAUREN F. BIKSACKY
Assistant United States Attorney